**RENNER OTTO**
Kyle B. Fleming, Cal br. No. 166386
kfleming@rennerotto.com
1621 Euclid Avenue, Suite 1900
Cleveland, Ohio 44115
Telephone: +1.216.621.1113
Facsimile: +1.216.6216165

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| HYPER ICE, INC. and HYPERICE IP SUBCO, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>MACY'S INC.,<br><br>Defendant. | **CASE NO. 8:24-cv-00391-JWH-(DFMx)**<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Proposed Order Submitted<br><br>Complaint Served: March 05, 2024<br>Current Response Date: May 02, 2024<br>New Response Date: May 09, 2024 |

1. Pursuant to Local Rules 7-1, 8-3, and 52.4-1, Plaintiffs Hyper Ice, Inc. and Hyperice IP Subco, LLC ("Plaintiffs") and Defendant Macys Inc. ("Macy's") hereby stipulate and agree that Macy's deadline to answer or otherwise respond to the Complaint shall be extended by seven (7) days, up to and including May 09, 2024. This extension will set the response date to match that of defendant in the related action 8:2024cv00410-JWH-(DFMx).

Two prior stipulations extended the response date by a total of thirty-seven (37) days.

Dated: April 29, 2024

Respectfully submitted,

**RENNER OTTO**

 /s/ Kyle B. Fleming
Kyle B. Fleming
An attorney for Defendant
MACY'S INC.

**MILLER BARONDESS LLP**

/s/ Ben Herbert (by consent)
BEN HERBERT, CA#277356
bherbert@millerbarondess.com
2121 Avenue of the Stars, 26th Floor
Los Angeles, CA 90067
Telephone: 310.552.4400

Attorneys for Plaintiffs
HYPER ICE, INC. and
HYPERICE IP SUBCO, LLC