**RENNER OTTO**
Mark C. Johnson (*pro hac vice*)
mjohnson@rennerotto.com
Kyle B. Fleming, Cal br. No. 166386
kfleming@rennerotto.com
1621 Euclid Avenue, Suite 1900
Cleveland, Ohio 44115
Telephone: +1.216.621.1113
Facsimile: +1.216.6216165

**AVYNO LAW, P.C.**
Jennifer H. Hamilton (SNB: 220439)
6345 Balboa Blvd., Suite 312. Building I
Encino, CA 91316
Telephone: +1.818.654.8841
Facsimile: +1.818.332.4205

*Attorneys for Defendant*
*Macy's Inc.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| HYPER ICE, INC. and HYPERICE IP SUBCO, LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>MACY'S INC.,<br><br>    Defendant. | CASE NO. 8:24-cv-00391-JWH-DFM<br><br>**COMBINED CORPORATE DISCLOSURE STATEMENT UNDER L.R. 7.1-1 AND FED. R. CIV. P. 7.1** |

The undersigned counsel of record for MACY'S INC. certifies that the following listed party or parties may have a pecuniary interest in the outcome of the case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

    FKA Distributing Co., LLC (Homedics)

    Tzumi Electronics LLC (Tzumi)

    MerchSource LLC (Sharper Image)

    Dropcases, Ltd. (Dartwood)

Pursuant to Fed. R. Civ. P. 7.1, MACY'S INC. has no parent corporation or publicly held corporation owning 10% or more of its stock.

Dated: May 9, 2024　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　**RENNER OTTO**

　　　　　　　　　　　　　　　　　　　*/s/ Mark C. Johnson*
　　　　　　　　　　　　　　　　　　　Mark C. Johnson

　　　　　　　　　　　　　　　　　　　AVYNO LAW, P.C.

　　　　　　　　　　　　　　　　　　　*/s/ Jennifer H. Hamilton*
　　　　　　　　　　　　　　　　　　　Jennifer H. Hamilton

　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　Macy's Inc.

**PROOF OF SERVICE**

I hereby certify that on May 9, 2024, I electronically transmitted the foregoing document using the CM/ECF system for filing, which will transmit the document electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies have been served on those indicated as nonregistered participants.

/s/ Rebecca Meegan
Rebecca Meegan